IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARBARA J. UEBELACKER,

        Plaintiff,

        v.

ROCK ENERGY COOPERATIVE
and SHANE LARSON,

        Defendants.

Case No. 21-cv-177-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Rock Energy Cooperative and Shane Larson against plaintiff Barbara Uebelacker dismissing with prejudice her claim under the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*, and dismissing without prejudice her state-law claim under Wisconsin's Privacy Statute, Wis. Stat. § 995.50.

      s/ A. Wiseman, Deputy Clerk                        4/14/2022
      Peter Oppeneer, Clerk of Court                       Date