# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 12, 2022

Before

**JOEL M. FLAUM**, *Circuit Judge*
**FRANK H. EASTERBROOK**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*

| | |
|---|---|
| No. 22-1833 | BARBARA J. UEBELACKER,<br>     Plaintiff - Appellant<br><br>v.<br><br>ROCK ENERGY COOPERATIVE and SHANE LARSON,<br>     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00177-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature: Christopher Conway]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)